IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONTGOMERY TRADING COMPANY LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. Act. No.: 2:20-cv-441-ECM ) (WO) |
| JEWELERS MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

**ORDER**

A mediator has reported to the Court that a settlement has been reached in this matter. (Doc. 19).  Accordingly, it is ORDERED that this action is DISMISSED WITH PREJUDICE.

Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.

Costs are taxed as paid.

Done this 3rd day of November, 2021.

                /s/ Emily C. Marks
                EMILY C. MARKS
                CHIEF UNITED STATES DISTRICT JUDGE